# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| Tanya Simpson, | |
| Plaintiff, | Civil Action No.: 1:13-cv-02666-CCB |
| v. | |
| Caller from 866-247-9504 and 410-412-3309 d/b/a Friedman & Associates; and DOES 1-10, inclusive, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
### PURSUANT TO RULE 41(a)

Tanya Simpson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 7, 2014

Respectfully submitted,
By /s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
ATTORNEYS FOR PLAINTIFF

*Approved CCB USDJ 5/7/14*

RECEIVED
CATH

MAY 07 2014

UNITED STATES DISTRICT COURT

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2014 MAY -7  P 3:34
CLERK'S OFFICE AT BALTIMORE
BY _____ DEPUTY